NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTUIT INC.,**
*Appellant*

**v.**

**SAMESURF, INC.,**
*Appellee*

---

2024-2298

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00341.

---

**JUDGMENT**

---

MICHAEL JOHN SACKSTEDER, Fenwick & West LLP, San Francisco, CA, argued for appellant. Also represented by PAYAM AHMADI, SHANNON TURNER; GEOFFREY ROBERT MILLER, New York, NY; JONATHAN G. TAMIMI, Seattle, WA.

RYAN B. MCBETH, McKool Smith, PC, Houston, TX, argued for appellee. Also represented by ARCHIS VASANT OZARKAR; ALAN PETER BLOCK, Los Angeles, CA; STEVEN POLLINGER, Austin, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2026
Date

Jarrett B. Perlow
Clerk of Court